Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: BOOZE, ANGELIA § Case No. 16-09015

§

§

Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 16, 2016.  The undersigned trustee was appointed on March 16, 2016.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of    $             5,032.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 180.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 4,852.00 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/06/2016 and the deadline for filing governmental claims was 09/12/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,253.20. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,253.20, for a total compensation of $1,253.20.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $17.88, for total expenses of $17.88.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/27/2018     By:/s/Ira Bodenstein
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-09015

**Case Name:** BOOZE, ANGELIA

**Period Ending:** 01/27/18

**Trustee:** (330129)    Ira Bodenstein

**Filed (f) or Converted (c):** 03/16/16 (f)

**§341(a) Meeting Date:** 04/25/16

**Claims Bar Date:** 10/06/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>**Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   2015 Federal Income Tax Refund<br>    Payment to be made per compromise order entered 7/26/16 (Dkt 18). | 4,702.00 | 5,032.00 | | 5,032.00 | FA |
| 2   2015 Chevy Impala | 24,750.00 | 0.00 | | 0.00 | FA |
| 3   Misc Household Goods | 300.00 | 0.00 | | 0.00 | FA |
| 4   Used clothing | 250.00 | 0.00 | | 0.00 | FA |
| 5   US Bank checking account | 770.00 | 0.00 | | 0.00 | FA |
| **5**   **Assets**    **Totals** (Excluding unknown values) | **$30,772.00** | **$5,032.00** | | **$5,032.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/31/2017- Trustee to collect remaining balance of tax refund per compromise order entered 7/26/2017 (Dkt 18).

**Initial Projected Date Of Final Report (TFR):**    December 31, 2017        **Current Projected Date Of Final Report (TFR):**    March 31, 2018

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:**  16-09015
**Case Name:**  BOOZE, ANGELIA

**Taxpayer ID #:**  **-***4699
**Period Ending:**  01/27/18

**Trustee:**  Ira Bodenstein (330129)
**Bank Name:**  Rabobank, N.A.
**Account:**  ******3566 - Checking Account
**Blanket Bond:**  $5,000,000.00  (per case limit)
**Separate Bond:**  N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/27/16 | {1} | Angelia Booze | First installment per compromise order dted 7/26/16 Dkt # 23 | 1124-000 | 200.00 | | 200.00 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 190.00 |
| 08/16/16 | {1} | Robert J. Semrad & Associates LLC | Second installment per compromise order dted 7/26/16 Dkt # 23~Paid by Semrad check because debtor brought funds to firm and they deposited them. | 1124-000 | 200.00 | | 390.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 380.00 |
| 09/06/16 | {1} | Angelia Booze | Third installment per compromise order dted 7/26/16 Dkt # 23 | 1124-000 | 200.00 | | 580.00 |
| 09/28/16 | {1} | Angelia Booze | Fourth installment per compromise order dted 7/26/16 Dkt # 23 | 1124-000 | 200.00 | | 780.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 770.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 760.00 |
| 11/17/16 | {1} | Angelia Booze | Fifth installment per compromise order dted 7/26/16 Dkt # 23 | 1124-000 | 400.00 | | 1,160.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,150.00 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,140.00 |
| 01/17/17 | {1} | Angelia Booze | Sixth installment per compromise order dted 7/26/16 Dkt # 23 | 1124-000 | 400.00 | | 1,540.00 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,530.00 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,520.00 |
| 03/16/17 | {1} | Angelia Booze | Seventh installment per compromise order dted 7/26/16 Dkt # 23 | 1124-000 | 400.00 | | 1,920.00 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,910.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,900.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,890.00 |
| 06/09/17 | {1} | Angelia Booze | Eighth installment per compromise order dted 7/26/16 Dkt # 23 | 1124-000 | 500.00 | | 2,390.00 |
| 06/09/17 | {1} | Angelia Booze | Ninth installment per compromise order dted 7/26/16 Dkt # 23 | 1124-000 | 500.00 | | 2,890.00 |
| 06/09/17 | {1} | Angelia Booze | Tenth installment per compromise order dted 7/26/16 Dkt # 23 | 1124-000 | 500.00 | | 3,390.00 |
| 06/09/17 | {1} | Angelia Booze | Eleventh installment per compromise order dted 7/26/16 Dkt # 23 | 1124-000 | 500.00 | | 3,890.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,880.00 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,870.00 |
| 08/17/17 | {1} | Angelia Booze | Twelfth installment per compromise order dted | 1124-000 | 200.00 | | 4,070.00 |

Subtotals :                     $4,200.00        $130.00

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 16-09015

**Case Name:** BOOZE, ANGELIA

**Taxpayer ID #:** **-***4699

**Period Ending:** 01/27/18

**Trustee:** Ira Bodenstein (330129)

**Bank Name:** Rabobank, N.A.

**Account:** ******3566 - Checking Account

**Blanket Bond:** $5,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 7/26/16 Dkt # 23 | | | | |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,060.00 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,050.00 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,040.00 |
| 11/02/17 | {1} | Angelia Booze | Thirteenth installment per compromise order dted 7/26/16 Dkt # 23 | 1124-000 | 400.00 | | 4,440.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,430.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,420.00 |
| 01/16/18 | {1} | Angelia Booze | Final payment per compromise order dted 7/26/16 Dkt # 23 | 1124-000 | 432.00 | | 4,852.00 |

|  |  | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| ACCOUNT TOTALS | | 5,032.00 | 180.00 | $4,852.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 5,032.00 | 180.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $5,032.00 | $180.00 | |

| Net Receipts : | 5,032.00 |
|---|---|
| Net Estate : | $5,032.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3566** | 5,032.00 | 180.00 | 4,852.00 |
| | $5,032.00 | $180.00 | $4,852.00 |

{} Asset reference(s)

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER     **Claims Bar Date:** October 6, 2016

**Case Number:** 16-09015
**Debtor Name:** BOOZE, ANGELIA

Page: 1

**Date:** January 27, 2018
**Time:** 12:58:35 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $1,253.20 | $0.00 | 1,253.20 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $17.88 | $0.00 | 17.88 |
| NOTFILED<br>100 | ALLY FINANCIAL<br>200 RENAISSANCE CTR Number Street<br>Michigan 48243<br>DETROIT, | Secured | 2571 | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | xxxxxx | $3,661.72 | $0.00 | 3,661.72 |
| 2<br>610 | US DEPT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | Unsecured | | $10,551.21 | $0.00 | 10,551.21 |
| 3<br>610 | US DEPT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | Unsecured | | $15,696.86 | $0.00 | 15,696.86 |
| 4<br>610 | Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Unsecured | xxxxxx6957 | $1,430.36 | $0.00 | 1,430.36 |
| 5<br>610 | Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Unsecured | xxxxxx | $5,115.80 | $0.00 | 5,115.80 |
| 6<br>610 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK (GAP)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | xxxxxx9145 | $314.55 | $0.00 | 314.55 |
| NOTFILED<br>610 | SUN CASH<br>598 Torrence Ave<br>Illinois 60409<br>Calumet City, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | PLS Financial Services, Inc<br>One South Wacker Drive 36th Floor<br>Illinois 60606<br>Chicago, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Sir Finance<br>6140 N. Lincoln<br>Illinois 60659<br>Chicago, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 6, 2016

**Case Number:** 16-09015
**Debtor Name:** BOOZE, ANGELIA

Page: 2

**Date:** January 27, 2018
**Time:** 12:58:35 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | PEOPLES GAS<br>130 E. RANDOLPH DRIVE<br>Illinois 60601<br>CHICAGO, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Nudera Orthodontics<br>7310 W North Ave #2<br>Illinois 60707<br>Elmwood Park, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Metropolitan Advance Radiological Services<br>1362 Paysphere Circle<br>Illinois 60674<br>Chicago, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Oak Park/River Forest School District #200<br>201 N Scoville Ave<br>Illinois 60302<br>Oak Park, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Starr Bejgiert Zink and Rowells<br>35 E. Wacker Drive<br>Ste. 1870<br>Chicag, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | PCC Community Wellness<br>2010 N Harlem Ave<br>Illinois 60707<br>Elmwood Park, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | US Cellular<br>Dept 0205<br>Illinois 60055<br>Palatine, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Wallace Harrison Funeral Home, Inc.<br>7751 W Irving Park Rd<br>Illinois 60634<br>Chicago, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | check N. Go<br>7755 Montgomery Road<br>Suite 400<br>Cincinnati, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | West Suburban Medical Cente<br>3 Erie Ct<br>Illinois 60302<br>Oak Park, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | University of Illinois Medical<br>1740 W Taylor<br>Illinois 60612<br>Chicago, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER    **Claims Bar Date:** October 6, 2016

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 16-09015 | | | Page: 3 | | **Date:** January 27, 2018 | |
| **Debtor Name:** BOOZE, ANGELIA | | | | | **Time:** 12:58:35 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | University of Chicago Medicine 5841 S Maryland Ave Illinois 60637 Chicago, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Toys R Us One Geoffrey Way New Jersey 07470 Wayne, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | United Credit Corporation 3201 N. Harlem Ave. Illinois 60634 Chicago, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | LENDING CLUB CORP 71 STEVENSON ST STE 300 SAN FRANCISCO, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | TMobile P.O. Box 742596 Ohio 45274 Cincinnati, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Home Depot (Corporate 2455 Paces Ferry Road Georgia 30339 Atlanta, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | ACE Cash Express, Inc. 7025 Pendleton Pike Indiana 46226 Indianapolis, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Ameritech 10 S Canal St. Illinois 60606 Chicago, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | AMEX DSNB PO BOX 8218 Ohio 45040 MASON, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bally Total Fitness 8700 W Bryn Mawr Ave Illinois 60631 Chicago, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | CHARTER ONE 1 Citizens Plaza Island 02903 Providence Rhode, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER   **Claims Bar Date:** October 6, 2016

**Case Number:** 16-09015                                      Page: 4                                      **Date:** January 27, 2018
**Debtor Name:** BOOZE, ANGELIA                                                                             **Time:** 12:58:35 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Genesis Financial & Payment Systems Illinois, LLC 3175 Commercial Ave. Suite 201 Northbrook, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Home Medical Express 621 Busse Road Suite 101 Bensenville, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | GEMB/SAMS CLUB PO BOX 981400 Texas 79998 EL PASO, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Ford Motor Credit Corporation P.O. Box 6275 Michigan 48121 Dearborn, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cash N Advance 5646 Brainerd Road Tennessee 37411 Chattanooga, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cross Country Bank 1 Cross County Plz Arkansas 72396 Wynne, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | ComEd 3 Lincoln Center Illinois 60181 Oakbrook Terrace, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Illinois Lending Corporation 2109 S. Wabash Illinois 60616 Chicago, | Unsecured | xxxxxx | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 38,041.58 | 0.00 | 38,041.58 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                    Exhibit D

Case No.: 16-09015
Case Name: BOOZE, ANGELIA
Trustee Name: Ira Bodenstein

**Balance on hand:**                              $            4,852.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:      $            0.00
Remaining balance:                           $            4,852.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,253.20 | 0.00 | 1,253.20 |
| Trustee, Expenses - Ira Bodenstein | 17.88 | 0.00 | 17.88 |

Total to be paid for chapter 7 administration expenses:   $            1,271.08
Remaining balance:                                          $            3,580.92

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | None | |

Total to be paid for prior chapter administrative expenses:   $            0.00
Remaining balance:                                             $            3,580.92

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for priority claims:      $            0.00
Remaining balance:                         $            3,580.92

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 36,770.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 3,661.72 | 0.00 | 356.61 |
| 2 | US DEPT OF EDUCATION | 10,551.21 | 0.00 | 1,027.53 |
| 3 | US DEPT OF EDUCATION | 15,696.86 | 0.00 | 1,528.65 |
| 4 | Department Store National Bank | 1,430.36 | 0.00 | 139.30 |
| 5 | Department Store National Bank | 5,115.80 | 0.00 | 498.20 |
| 6 | Portfolio Recovery Associates, LLC | 314.55 | 0.00 | 30.63 |

Total to be paid for timely general unsecured claims: $ 3,580.92

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** _____ 0.00

Remaining balance: **$**_____ 0.00

**UST Form 101-7-TFR (05/1/2011)**