# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: BOOZE, ANGELIA | § | Case No. 16-09015 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $26,070.00 *(without deducting any secured claims)* | Assets Exempt: $1,320.00 |
| Total Distribution to Claimants: $3,580.92 | Claims Discharged Without Payment: $103,717.58 |
| Total Expenses of Administration: $1,451.08 | |

3)  Total gross receipts of $    5,032.00    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $5,032.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $40,572.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,451.08 | 1,451.08 | 1,451.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 81,048.00 | 36,770.50 | 36,770.50 | 3,580.92 |
| **TOTAL DISBURSEMENTS** | $121,620.00 | $38,221.58 | $38,221.58 | $5,032.00 |

4)  This case was originally filed under Chapter 7 on March 16, 2016. The case was pending for 27 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/26/2018            By:  /s/Ira Bodenstein
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2015 Federal Income Tax Refund | 1124-000 | 5,032.00 |
| **TOTAL GROSS RECEIPTS** | | $5,032.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | ALLY FINANCIAL | 4110-000 | 40,572.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $40,572.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Ira Bodenstein | 2100-000 | N/A | 1,253.20 | 1,253.20 | 1,253.20 |
| Trustee Expenses - Ira Bodenstein | 2200-000 | N/A | 17.88 | 17.88 | 17.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,451.08 | $1,451.08 | $1,451.08 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 3,661.00 | 3,661.72 | 3,661.72 | 356.61 |
| 2 | US DEPT OF EDUCATION | 7100-000 | N/A | 10,551.21 | 10,551.21 | 1,027.53 |
| 3 | US DEPT OF EDUCATION | 7100-000 | N/A | 15,696.86 | 15,696.86 | 1,528.65 |
| 4 | Department Store National Bank | 7100-000 | 1,430.00 | 1,430.36 | 1,430.36 | 139.30 |
| 5 | Department Store National Bank | 7100-000 | 5,115.00 | 5,115.80 | 5,115.80 | 498.20 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | 314.00 | 314.55 | 314.55 | 30.63 |
| NOTFILED | SUN CASH | 7100-000 | 360.00 | N/A | N/A | 0.00 |
| NOTFILED | PLS Financial Services, Inc | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Sir Finance | 7100-000 | 1,875.00 | N/A | N/A | 0.00 |
| NOTFILED | PEOPLES GAS | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Nudera Orthodontics | 7100-000 | 3,380.00 | N/A | N/A | 0.00 |
| NOTFILED | Metropolitan Advance Radiological Services | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Oak Park/River Forest School District #200 | 7100-000 | 325.00 | N/A | N/A | 0.00 |
| NOTFILED | Starr Bejgiert Zink and Rowells | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
| NOTFILED | PCC Community Wellness | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | US Cellular | 7100-000 | 285.00 | N/A | N/A | 0.00 |
| NOTFILED | Wallace Harrison Funeral Home, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | check N. Go | 7100-000 | 405.00 | N/A | N/A | 0.00 |
| NOTFILED | West Suburban Medical Cente | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | University of Illinois Medical | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | University of Chicago Medicine | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Toys R Us | 7100-000 | 235.00 | N/A | N/A | 0.00 |
| NOTFILED | United Credit Corporation | 7100-000 | 760.00 | N/A | N/A | 0.00 |
| NOTFILED | LENDING CLUB CORP | 7100-000 | 18,700.00 | N/A | N/A | 0.00 |
| NOTFILED | TMobile | 7100-000 | 360.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot (Corporate | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | ACE Cash Express, Inc. | 7100-000 | 765.00 | N/A | N/A | 0.00 |
| NOTFILED | Ameritech | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | AMEX DSNB | 7100-000 | 4,973.00 | N/A | N/A | 0.00 |
| NOTFILED | Bally Total Fitness | 7100-000 | 1,365.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | CHARTER ONE | 7100-000 | 630.00 | N/A | N/A | 0.00 |
| NOTFILED | Genesis Financial & Payment Systems Illinois, LLC | 7100-000 | 760.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Medical Express | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/SAMS CLUB | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Ford Motor Credit Corporation | 7100-000 | 6,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Cash N Advance | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Cross Country Bank | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Lending Corporation | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $81,048.00 | $36,770.50 | $36,770.50 | $3,580.92 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 16-09015 | **Trustee:** (330129) Ira Bodenstein |
| **Case Name:** BOOZE, ANGELIA | **Filed (f) or Converted (c):** 03/16/16 (f) |
| | **§341(a) Meeting Date:** 04/25/16 |
| **Period Ending:** 05/26/18 | **Claims Bar Date:** 10/06/16 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2015 Federal Income Tax Refund Payment to be made per compromise order entered 7/26/16 (Dkt 18). | 4,702.00 | 5,032.00 | | 5,032.00 | FA |
| 2 | 2015 Chevy Impala | 24,750.00 | 0.00 | | 0.00 | FA |
| 3 | Misc Household Goods | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Used clothing | 250.00 | 0.00 | | 0.00 | FA |
| 5 | US Bank checking account | 770.00 | 0.00 | | 0.00 | FA |
| 5 | **Assets** **Totals (Excluding unknown values)** | **$30,772.00** | **$5,032.00** | | **$5,032.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

03/31/2018 - TFR filed and approved. Waiting for checks to clear to file TDR.

3/31/2017- Trustee to collect remaining balance of tax refund per compromise order entered 7/26/2017 (Dkt 18).

**Initial Projected Date Of Final Report (TFR):** December 31, 2017 **Current Projected Date Of Final Report (TFR):** February 1, 2018 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 16-09015 |
| **Case Name:** | BOOZE, ANGELIA |
| **Taxpayer ID #:** | **-***4699 |
| **Period Ending:** | 05/26/18 |

| | |
|---|---|
| **Trustee:** | Ira Bodenstein (330129) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******3566 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/27/16 | {1} | Angelia Booze | First installment per compromise order dted 7/26/16 Dkt # 23 | 1124-000 | 200.00 | | 200.00 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 190.00 |
| 08/16/16 | {1} | Robert J. Semrad & Associates LLC | Second installment per compromise order dted 7/26/16 Dkt # 23~Paid by Semrad check because debtor brought funds to firm and they deposited them. | 1124-000 | 200.00 | | 390.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 380.00 |
| 09/06/16 | {1} | Angelia Booze | Third installment per compromise order dted 7/26/16 Dkt # 23 | 1124-000 | 200.00 | | 580.00 |
| 09/28/16 | {1} | Angelia Booze | Fourth installment per compromise order dted 7/26/16 Dkt # 23 | 1124-000 | 200.00 | | 780.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 770.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 760.00 |
| 11/17/16 | {1} | Angelia Booze | Fifth installment per compromise order dted 7/26/16 Dkt # 23 | 1124-000 | 400.00 | | 1,160.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,150.00 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,140.00 |
| 01/17/17 | {1} | Angelia Booze | Sixth installment per compromise order dted 7/26/16 Dkt # 23 | 1124-000 | 400.00 | | 1,540.00 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,530.00 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,520.00 |
| 03/16/17 | {1} | Angelia Booze | Seventh installment per compromise order dted 7/26/16 Dkt # 23 | 1124-000 | 400.00 | | 1,920.00 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,910.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,900.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,890.00 |
| 06/09/17 | {1} | Angelia Booze | Eighth installment per compromise order dted 7/26/16 Dkt # 23 | 1124-000 | 500.00 | | 2,390.00 |
| 06/09/17 | {1} | Angelia Booze | Ninth installment per compromise order dted 7/26/16 Dkt # 23 | 1124-000 | 500.00 | | 2,890.00 |
| 06/09/17 | {1} | Angelia Booze | Tenth installment per compromise order dted 7/26/16 Dkt # 23 | 1124-000 | 500.00 | | 3,390.00 |
| 06/09/17 | {1} | Angelia Booze | Eleventh installment per compromise order dted 7/26/16 Dkt # 23 | 1124-000 | 500.00 | | 3,890.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,880.00 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,870.00 |
| 08/17/17 | {1} | Angelia Booze | Twelfth installment per compromise order dted | 1124-000 | 200.00 | | 4,070.00 |

| | | Subtotals : | $4,200.00 | $130.00 | |
|---|---|---|---|---|---|

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 16-09015 | **Trustee:** Ira Bodenstein (330129) |
| **Case Name:** BOOZE, ANGELIA | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******3566 - Checking Account |
| **Taxpayer ID #:** **-***4699 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 05/26/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 7/26/16 Dkt # 23 | | | | |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,060.00 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,050.00 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,040.00 |
| 11/02/17 | {1} | Angelia Booze | Thirteenth installment per compromise order dted 7/26/16 Dkt # 23 | 1124-000 | 400.00 | | 4,440.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,430.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,420.00 |
| 01/16/18 | {1} | Angelia Booze | Final payment per compromise order dted 7/26/16 Dkt # 23 | 1124-000 | 432.00 | | 4,852.00 |
| 03/07/18 | 101 | Ira Bodenstein | Dividend paid 100.00% on $17.88, Trustee Expenses;  Reference: | 2200-000 | | 17.88 | 4,834.12 |
| 03/07/18 | 102 | Ira Bodenstein | Dividend paid 100.00% on $1,253.20, Trustee Compensation;  Reference: | 2100-000 | | 1,253.20 | 3,580.92 |
| 03/07/18 | 103 | Capital One Bank (USA), N.A. | Dividend paid  9.73% on $3,661.72; Claim# 1; Filed: $3,661.72; Reference: xxxxxx | 7100-000 | | 356.61 | 3,224.31 |
| 03/07/18 | 104 | US DEPT OF EDUCATION | Dividend paid  9.73% on $10,551.21; Claim# 2; Filed: $10,551.21; Reference: | 7100-000 | | 1,027.53 | 2,196.78 |
| 03/07/18 | 105 | US DEPT OF EDUCATION | Dividend paid  9.73% on $15,696.86; Claim# 3; Filed: $15,696.86; Reference: | 7100-000 | | 1,528.65 | 668.13 |
| 03/07/18 | 106 | Department Store National Bank | Dividend paid  9.73% on $1,430.36; Claim# 4; Filed: $1,430.36; Reference: xxxxxx6957 | 7100-000 | | 139.30 | 528.83 |
| 03/07/18 | 107 | Department Store National Bank | Dividend paid  9.73% on $5,115.80; Claim# 5; Filed: $5,115.80; Reference: xxxxxx | 7100-000 | | 498.20 | 30.63 |
| 03/07/18 | 108 | Portfolio Recovery Associates, LLC | Dividend paid  9.73% on $314.55; Claim# 6; Filed: $314.55; Reference: xxxxxx9145 | 7100-000 | | 30.63 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 5,032.00 | 5,032.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 5,032.00 | 5,032.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,032.00** | **$5,032.00** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 16-09015 |
| Case Name: | BOOZE, ANGELIA |
| Taxpayer ID #: | **-***4699 |
| Period Ending: | 05/26/18 |

| | |
|---|---|
| Trustee: | Ira Bodenstein (330129) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******3566 - Checking Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Net Receipts : | 5,032.00 |
| Net Estate : | $5,032.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******3566 | 5,032.00 | 5,032.00 | 0.00 |
| | $5,032.00 | $5,032.00 | $0.00 |

{} Asset reference(s)